BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-323 LJO |
| Plaintiff, | ORDER ON STIPULATION TO SET SCHEDULE FOR THE CASE AND TRIAL DATE |
| v. | |
| MARTIN SANCHEZ-GUIZAR, et. al., | HONORABLE Lawrence J. O'Neill |
| Defendants. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, having stipulated and requested that the Court set the following schedule for the progress of the case, and vacate the current status conference set for February 11, 2011;

IT IS HEREBY ORDERED THAT the following schedule be set for the case:

| | |
|---|---|
| Trial Date: | August 1, 2011 |
| Trial Confirmation/Hearing In Limine Motions: | July 15, 2011 |
| Filing In Limine Motions: | July 1, 2011 |
| Responses to In Limine Motions: | July 8, 2011 |
| Filing of Substantive (Non-evidentiary motions): | March 25, 2011 |
| Oppositions to such motions: | April 1, 2011 |

1

| | | |
|---|---|---|
| 1 | Hearing on Motions/Entry of Pleas: | April 8, 2011 |

2  IT IS FURTHER ORDERED THAT should no plea agreement be filed by April 1, 2011 and if no motions have been filed, the hearing date will be vacated.  This shall not prevent any defendant from contacting the court to schedule a date for their change of plea should an agreement be reached.

IT IS FURTHER ORDERED THAT the status conference set for February 11, 2011 be vacated.

IT IS FURTHER ORDERED THAT, as the requested trial date represents the earliest date that all counsel are available, taking into account their schedules and commitments to other clients, time be excluded to and through the date of trial in that failure to grant the requested continuance would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   February 10, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE