AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

__EASTERN__ District of __CALIFORNIA__

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 1:10CR00323-001 LJO |
| MARTIN SANCHEZ GUIZAR | ) | |
|  | ) | USM No: 65131-097 |
| Date of Original Judgment: 11/14/2011 | ) | |
| Date of Previous Amended Judgment: | ) | Hannah Rose Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __168 Months__ months **is reduced to** __135 Months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __11/14/2011__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/25/2016              /s/ Lawrence J. O'Neill
                                   *Judge's signature*

Effective Date: 11/01/2015          Honorable Lawrence J. O'Neill, District Court Judge